SCOTT J. SAGARIA (BAR # 217981)
PATRICK CALHOUN (BAR # 056671)
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1700
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>RAJPAL SINGH BHULLAR,<br><br>Debtor. | Case No.: 10-61905 - CN<br><br>Chapter 11<br><br>**DECLARATION OF RAJPAL SINGH BHULLAR IN OPPOSITION TO MOTION BY UNITED STATES TRUSTEE TO CONVERT CASE PURSUANT TO 11 U.S.C. § 1112(b)**<br><br>Judge:   Hon. Charles Novak<br>Date:    April 7. 2011<br>Time:   11:00 a.m.<br>Place:   Courtroom 3070 |

I, Rajpal Singh Bhullar, hereby declare as follows:

1. I am the debtor in the above-referenced Chapter 11 bankruptcy. As such, I have actual knowledge of the statements contained herein except those based upon information and belief, as to those matters, I am informed and believe them to be true. If required, I could and would testify competently thereto.

DECLARATION OF RAJPAL SINGH BHULLAR IN OPPOSITION OF MOTION BY UNITED STATES TRUSTEE TO CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b) - 1

Case: 10-61905   Doc# 55   Filed: 04/06/11   Entered: 04/06/11 19:27:19   Page 1 of 6

2. This Declaration is made in opposition of MOTION BY UNITED STATES TRUSTEE TO CONVERT CASE PURSUANT TO 11 U.S.C. § 1112(b) filed February 24, 2011.

3. This case was commenced on November 17, 2010, a little over a month after my previous Chapter 11 Bankruptcy (case no. 10-54935) was voluntarily dismissed.

4. In the time between the previous case dismissal and filing of my current case, I was able to sell one real property of my estate, 1958 Jensen Ave., Sanger, CA 93657 and reduce my overall debt burden.

5. In January of 2011, Paolo LLC, sold its asset: 5th Wheel Truck Stop. The property sold for $3.25M. I was able to satisfy $2.5M of debt and taxes from the proceeds of this sale. I am the sole shareholder of Paolo, LLC. The remaining funds from the sale will be used to pay off my creditors in order of priority.

6. At the time of filing, the primary assets in my bankruptcy estate consisted of four pieces of real property. A gas station is operated on each of the real properties. I generate income through receipt of rental proceeds from leasing these gas stations. The properties are listed below:

   a. 1063 E. Pacheco Blvd., Los Banos, CA 93635 (hereafter, "1063 E. Pacheco")– Operated as a Union 76 Station

   b. 32932 W. Sullivan Road, Gustine, CA 95322 (hereafter, "32932 W. Sullivan Road") – Operated as a Shell Station

c. 32923 W. Sullivan Road, Gustine, CA 95322 (hereafter, "32923 W. Sullivan Road")– Operated as a Union 76[1] Station

d. 918 Oller St., Mendota CA 93649 (hereafter, "918 Oller St.") – Operated as a Circle 7 Station

7. Upon filing, I began the process of opening up new DIP accounts for each rental property in my estate, and a personal DIP account. Currently, I possess five DIP accounts:

| DIP Account | Purpose |
| --- | --- |
| US Bank Account #0435 | Collect Rents From 1063 E. Pacheco Blvd. |
| US Bank Account #0468 | Collect Rents From 32932 W. Sullivan Rd. Shell Station |
| US Bank Account #0450 | Collect Rents From 32932 W. Sullivan Rd. Union 76 Station |
| US Bank Account #0443 | Collect Rents From 918 Oller St |
| US Bank Account #0468 | Personal Account |

8. I tried to collect rents from my current tenants at the properties listed above. All attempts were unsuccessful as the tenants wrongly believed that their liability for paying rents ended upon my entry into bankruptcy. Even after explanation of my legal rights and their responsibilities, the tenants resisted the collection of rents to enrich themselves through free use of a gas station. I instituted and personally prosecuted all eviction proceedings, which took up a great deal of my time and

---

[1] There are two gas stations located on the property at 32932 W. Sullivan Road, Gustine, CA – Operated as a Shell Station

DECLARATION OF RAJPAL SINGH BHULLAR IN OPPOSITION OF MOTION BY UNITED STATES TRUSTEE TO CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b) - 3
Case: 10-61905   Doc# 55   Filed: 04/06/11   Entered: 04/06/11 19:27:19   Page 3 of 6

energy over the past few months. However, devoting my time to this endeavor enabled me to evict the tenants of the three gas stations located at 32932 W. Sullivan Road, 32923 W. Sullivan Rd., and 1063 E. Pacheco Blvd., which allowed me to seek and procure paying tenants to improve my overall financial situation.

9. I have found a buyer, PBGB, Inc., for 32932 W. Sullivan Road, 32923 W. Sullivan Rd., and 1063 E. Pacheco Blvd. PBGB, Inc. has entered into purchase agreements for the three properties. *See* attached **"Exhibit A"** attached hereto. A motion will be filed to seek Court approval for the sale of these three properties.

10. At the same time PBGB, Inc. leased 32932 W. Sullivan Road, 32923 W. Sullivan Rd., and 1063 E. Pacheco Blvd. to use as gas stations for a five year term. *See* **"Exhibit B"** attached hereto. This lease will continue in effect until the pending sale of the properties is finalized following Court approval. This lease agreement provides sufficient income to the estate to pay expenses and make payments to the secured creditors for each property.

11. The sale of these properties should provide sufficient funds to pay off my creditors, in order of priority. This is an essential element of my plan of reorganization, which is to reduce my debt burden through the sale of all gas stations with the exception of 918 Oller Street. I will use the rental proceeds from this property to pay off the remainder of my debt and emerge from bankruptcy.

DECLARATION OF RAJPAL SINGH BHULLAR IN OPPOSITION OF MOTION BY UNITED STATES TRUSTEE TO CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b) - 4

Case: 10-61905    Doc# 55    Filed: 04/06/11    Entered: 04/06/11 19:27:19    Page 4 of 6

12. I was also able to reach agreement with the remaining tenant for the station at 918 Oller Street, Awafh ali Abdulqawi, on March 31, 2011. I was able to enter into an agreement with Mr. Adulqawi for payment of the rents under the current lease, in the amount of $3,500.00, from April 2011 onward. I have received the first payment and deposited the monies in US Bank Account #0443. Also, Mr. Adulqawi and I have entered into a new agreement concerning the $10,975.00 in rents past due. Mr. Adulqawi will pay an additional $1,371.00 per month for eight payments to remedy this past due amount. Payments are to begin on May 1, 2011. *See* attached **"Exhibit C"** attached hereto.

13. I began collecting rents in March 2011 and segregating in their appropriate DIP account. A Motion for Use of Cash Collateral has been filed concurrently herewith.

14. As of April 6, 2011, I am current on my quarterly trustee fee obligation.

15. As of April 6, 2011, I am current on my monthly operating report obligation.

16. I filed amended schedules reflecting the status of my Chapter 11 estate on April 6, 2011.

17. I have worked laboriously on the steps necessary to substantially comply with all requirements of the United States Bankruptcy Court. My lack of providing monthly operating reports and payments to the US Trustee was in error. Instead of allocating the time necessary to prepare and file timely operating reports, I was spending nearly every waking hour working to resurrect my financial situation. I

DECLARATION OF RAJPAL SINGH BHULLAR IN OPPOSITION OF MOTION BY UNITED STATES TRUSTEE TO CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b) - 5

Case: 10-61905    Doc# 55    Filed: 04/06/11    Entered: 04/06/11 19:27:19    Page 5 of 6

believed this commitment was necessary for my estate to begin the process of reorganization and produce cash through rental proceeds, to the detriment of my reporting obligation. My monthly operating reports are now current through February 2011. My March MOR is not yet due.

18. I am now current on all my obligations under the United States Bankruptcy Code and will work tirelessly with my attorney to finalize a consensual plan of reorganization in the near future. I humbly request that the Court allow me to move forward with my Chapter 11 Bankruptcy and the reorganization of my estate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is both true and correct. Executed this April 6, 2011, in San Jose, California.

                                                        */s/ Rajpal Singh Bhullar*
                                                       Rajpal Singh Bhullar
                                                       Debtor

DECLARATION OF RAJPAL SINGH BHULLAR IN OPPOSITION OF MOTION BY UNITED STATES TRUSTEE TO CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b) - 6

Case: 10-61905    Doc# 55    Filed: 04/06/11    Entered: 04/06/11 19:27:19    Page 6 of 6